## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | Case Number Case 17-23136-AJC |
| 264 Lagoon Dr Lido Beach NY LLC | Chapter **11** |
| Debtor                              / | |

### DEBTOR IN POSSESSION'S APPLICATION
### FOR SPECIAL COUNSEL
### FOR DEBTOR IN POSSESSION

Debtor respectfully request an order of the court authorizing the interim and final employment of Danielle P. Light, Esq., of the law firm of Hasbani and Light, P.C., to represent the debtor in possession in matters of New York Law, and states:

1. On 10/30/17 the debtor filed a voluntary petition under chapter 11 of the United States Bankruptcy Code.
2. The debtor desires to employ said special attorneys in this case for matters of New York law involved in an adversary case with Wells Fargo and other creditors.
3. The debtor believes that said attorney is qualified to practice in New York court and qualified to advise the debtor on its relations with, and responsibilities to, the creditors and other interested parties.
4. The professional services said attorney will render are summarized as follows: to assist counsel for debtor in possession in matters of New York law involving an adversary case with Wells Fargo.
5. To the best of the debtor's knowledge, neither said attorneys nor said law firms have any connection with the creditors or other parties in interest or their respective attorney, except also special NY counsel in other cases with common ownership or mangement: In Re: JXB 84 LLC Case NO.: 17-21786-AJC    and Adv. Case No.: 18-01020-AJC    JXB 84 LLC, Plaintiff, v. Deutsche Bank National Trust Defendants; and In re: 21 The Serpentine Roslyn NY LLC Case No. Case 18-14407-RAM Debtor Ch 11.

6. Attached to this motion is the proposed attorneys' affidavit demonstrating proposed counsel is disinterested as required by 11 U.S.C. § 327(a) and a verified statement as required under Bankruptcy Rule 2014.
7. Debtor could only afford a very small prepetition retainer and the filing fee in this case, and has therefore been asked to contribute additional retainer from outside the estate of debtor going forward.

WHEREFORE, the debtor respectfully requests an order authorizing retention of Danielle P. Light, Esq., of the law firm of Hasbani and Light, P.C., on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330,

264 Lagoon Dr Lido Beach NY LLC
By_____
/s/: YONEL DEVICO

Signature of authorized representative of debtor

**Certificate Of Service**

**I hereby certify** that a true and correct copy of the foregoing was served upon all parties as indicated below, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the notice of electronic filing indicates that notice was electronically mailed to said party.

JOEL M. ARESTY, P.A.
Counsel for Debtor
309 1st Ave S
Tierra Verde FL 33715
Phone: 305-904-1903
Fax: 800-559-1870
E-mail: Aresty@Mac.com
By: /sJoel M. Aresty
Fla. Bar No. 197483

Copies to:
Debtor
U.S. trustee
Attorney for Creditor's Committee or
 if none 20 largest unsecured creditors
All Appearances

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov**

In Re:                                               Case Number 17-23136-AJC
264 Lagoon Dr Lido Beach NY LLC
                                                           Chapter **11**
 Debtor                                          /

SWORN DECLARATION OF PROPOSED SPECIAL COUNSEL

Danielle P. Light, Esq., pursuant to 28 U.S.C. § 1746, says:
1. I am an attorney admitted to practice in the State of New York, and all the United States District Courts for New York.
2. I am employed by the law firm of Hasbani and Light, P.C.
3. Neither I nor the firm represent any interest adverse to the debtor, or the estate, and we are disinterested persons as required by 11 U.S.C. § 327(a).
4. We have no connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the U.S. trustee, or any person employed in the Office of the U.S. trustee as required by Bankruptcy Rule 2014.
5. Except for the continuing representation of the debtor, neither I nor the firm has or will represent any other entity in connection with this case and neither I nor the firm will accept any fee from any other party or parties in this case, except the debtor in possession, or its principals or affiliates. To the best of the debtor's knowledge, neither said attorneys nor said law firms have any connection with the creditors or other parties in interest or their respective attorneys, except I am also special NY counsel in other cases with common ownership or mangement: In Re: JXB 84 LLC Case NO.: 17-21786-AJC   and Adv. Case No.: 18-01020-AJC    JXB 84 LLC, Plaintiff, v. Deutsche Bank National Trust Defendants; and In Re: 21 The Serpentine Roslyn NY LLC Case No. Case 18-14407-RAM Debtor Ch 11.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/19/18

/s/: Danielle P. Light, Esq.
Hasbani and Light, P.C.
450 Seventh Ave, Suite 1408
New York, NY 10123
(P) (646) 490-6677
(F) (347) 491-4048
dlight@hasbanilight.com

Copies to: All parties served with application for employment.