**UNITED STATE BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In Re:<br><br>264 Lagoon Dr Lido Beach NY LLC,<br><br>            Debtor. | Case No. 17-23136-AJC<br><br>Chapter 11 |

**NOTICE OF APPEARANCE AS SPECIAL COUNSEL**

COMES NOW the law firm of HASBANI & LIGHT, P.C., and files this Notice of Appearance as Special Counsel for 264 LAGOON DR LIDO BEACH NY LLC. Pleadings and notices may be served on the undersigned:

**Danielle P. Light, Esq.**
**HASBANI & LIGHT, P.C.**
**450 Seventh Avenue, Suite 1408**
**New York, New York 10123**
**Tel: (646) 490-6677**
**DLight@hasbanilight.com**

Dated: New York, New York
         August 6, 2018

*/s/ Danielle P. Light*
Danielle P. Light, Esq.

UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In Re: | Case No. 17-23136-AJC |
| 264 Lagoon Dr Lido Beach NY LLC, | Chapter 11 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Notice of Appearance as Special Counsel for the Debtor has been furnished this 6th day of August, 2018, via CM/ECF.

Dated: New York, New York
August 6, 2018

                                                */s/ Danielle P. Light*
                                                Danielle P. Light, Esq.
                                                *Special Counsel for Debtor*
                                                450 Seventh Ave
                                                Suite 1408
                                                New York, New York 10123
                                                Tel: (646) 490-6677
                                                DLight@HasbaniLight.com