

**ORDERED in the Southern District of Florida on August 20, 2018.**

_A. Jay Cristol_
**A. Jay Cristol, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov**

In Re:  
264 Lagoon Dr Lido Beach NY LLC  
Debtor_____/

Case Number Case 17-23136-AJC  
Chapter **11**

### ORDER APPROVING EMPLOYMENT OF DEBTOR IN POSSESSION'S SPECIAL COUNSEL (ECF 38 )

THIS CAUSE came before the Court for hearing on August 8, 2018 at 2:30 PM upon the Application of Debtor in Possession for authority to retain Danielle P. Light, Esq., of the law firm of Hasbani and Light, P.C., as special counsel (ECF 38), it is hereby

ORDERED that the Debtor in Possession is authorized to retain Danielle P. Light of the law firm of Hasbani and Light, P.C. as special counsel in this matter, with the understanding that said special counsel shall not be paid from any assets of Debtor without subsequent motion and court order.

###

Joel M. Aresty is directed to serve a copy of this Order on all interested parties and to file a Certificate of Service related to same.